# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

YANCY MILLER

NO. 2023 KW 1181

**FEBRUARY 16, 2024**

---

In Re:  Yancy Miller, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 494486.

---

**BEFORE:  WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** Relator failed to carry his burden of proof that his application for postconviction relief should be granted. See La. Code Crim. P. art. 930.2. Accordingly, the district court did not abuse its discretion by dismissing the application for postconviction relief.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT